UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DEFOREST SEAFOOD, INC. and<br>LAWRENCE ROBSTOCK, | : | |
| Plaintiffs, | : | 3:04-CV-01363 (WWE) |
| v. | : | |
| MILFORD BOAT WORKS, INC., | : | |
| Defendant. | : | |

ORDER

By motion dated March 6, 2006, the defendant moved for partial summary judgment as to Count IV of the plaintiffs' amended complaint and to strike the plaintiffs' demand for relief. The plaintiffs have not responded to the defendant's motion.

Pursuant to Local Rule 7(a), "all memoranda in opposition to any motion shall be filed within twenty-one (21) days of the filing of the motion." To date, the plaintiffs have neither responded to the defendant's motion nor sought an extension of time within which to do so.

Additionally, in order to grant an unopposed motion for summary judgment, the moving party must present undisputed facts that show that it is entitled to summary judgment as a matter of law. Giannullo v. City of New York, 322 F.3d 139, 140 (2d Cir. 2003).

1

The Court finds that the defendant has presented undisputed facts that support their unopposed motions for partial summary judgment and to strike.  The Court GRANTS the defendant's motions [Doc. # 38].

SO ORDERED this 4th day of May, 2006 at Bridgeport, Connecticut.

_____/s/_____
Warren W. Eginton
Senior United States District Judge